**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: S.D.W. AND E.C.W., MINOR CHILDREN,

No. 60443

ALBERT L.W.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

**FILED**

JUN 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### *ORDER DISMISSING PETITION FOR EXTRAORDINARY RELIEF*

This is an original proper person petition for a writ of mandamus or other extraordinary relief seeking to stay the adoption proceedings of petitioner's two minor children while his appeal from the parental termination order is pending. On June 18, 2012, this court dismissed for lack of jurisdiction petitioner's appeal from the district court's order terminating petitioner's parental rights. *In re Parental Rights as to S.D.W.*, Docket No. 59912 (Order Dismissing Appeal, June 18, 2012). Therefore, petitioner's petition, which seeks to stay the adoption proceedings pending the outcome of that appeal, is moot. *See Personhood Nevada v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010). Accordingly, we dismiss this petition.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17936

cc: Albert L.W.
Attorney General/Carson City
Eighth District Court Clerk